William KENNY and Vito Cassabalo, Libelants-Appellees, v. BALBACH SMELTING & REFINING COMPANY, Respondent-Appellant.

(Circuit Court of Appeals, Second Circuit. February 20, 1925.)

No. 226.

Appeal from the District Court of the United States for the Southern District of New York.

Watson, Harrington & Sheppard and Ralph O. Willguss, all of New York City, for appellant.

Macklin, Brown & Van Wyck and Horace L. Cheyney, all of New York City, for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decree (6 F.[2d] 671) affirmed, with interest and costs.